# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00254-CV

**John L. Wiley and Randi Wiley, Appellants**

**v.**

**The City of Giddings, Appellee**

## FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT
## NO. 13,761, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants John and Randi Wiley and appellee City of Giddings filed a joint motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Joint Motion

Filed:   April 29, 2010